IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 13-3068-CR-S-MDH |
| | ) | |
| WAYNE H. FILES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Defendant's Motion to Suppress Evidence (Doc. No. 21), the Government's Response in Opposition to Motion to Suppress the Evidence (Doc. No. 28), the Report and Recommendation of United States Magistrate Judge (Doc. No. 32), and Defendant's Exceptions to the Magistrate's Report and Recommendation as to Defendant's Motion to Suppress Evidence (Doc. No. 37). The Court also has reviewed the electronic transcript from the November 12, 2014, hearing before the United States Magistrate Judge on the motion to suppress. (Doc. No. 31).

After a careful and independent review of the parties' submissions, the records before the Court, as well as the applicable law, this Court agrees with and **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Doc. No. 32). Accordingly, the Court **DENIES** Defendant's Motion to Suppress (Doc. No. 21).

**IT IS SO ORDERED.**

DATED: February 19, 2015

                                                      */s/ Douglas Harpool* _____
                                                      **DOUGLAS HARPOOL**
                                                      **UNITED STATES DISTRICT JUDGE**